No. 69643.—E. F. Clements Co., Inc., and Frank P. Dow Co., Inc., et al. v. United States, protests 63/7445, etc. (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plantiffs was sustained.

No. 69644.—Centennial Novelty Co. v. United States, protest 64/1155(B) (Los Angeles).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.